# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY T. RODRIGUEZ,<br>　　　　Plaintiff,<br>　　vs.<br>WESTROCK, INC.; DAVE KUHN, IMELDA MARTIN; KENNY DAVIS, and DOES 3 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 8:18–cv–02047–AG –ADS<br><br>ASSIGNED FOR ALL PURPOSES TO<br>JUDGE: HON. ANDREW J. GUILFORD<br>DEPT.: 10D<br><br>**ORDER** |
| STARR INDEMNITY & LIABILITY COMPANY,<br>　　　　Plaintiff-in-Intervention,<br>　　vs.<br>WESTROCK, INC.; DAVE KUHN; KENNY DAVIS, and DOES 2 through XX inclusive; DOE Companies I through XX inclusive; and DOE Corporations I through XX inclusive,<br><br>　　　　Defendants-in-Intervention. | Discovery Cutoff: February 18, 2020<br>Pretrial Conference: May 4, 2020<br>Trial: May 19, 2020 |

# ORDER

The Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California, Southern Division, case number 8:18–cv–02047–AG –ADS is hereby remanded to California Superior Court, County of Orange.

Dated this 14th day of January 2020

_____
United States District Judge